**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Agilio Garcia** | Social Security number or ITIN **xxx–xx–3624** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deborah Garcia** | Social Security number or ITIN **xxx–xx–3620** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of New Jersey**

Case number:  **15–31285–RG**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Agilio Garcia                     Deborah Garcia

7/20/16                     **By the court:** Rosemary Gambardella
                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-31285-RG
Agilio Garcia                                                       Chapter 7
Deborah Garcia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jul 20, 2016
                              Form ID: 318             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2016.
```
db/jdb         +Agilio Garcia,   Deborah Garcia,    67 Old Farmers Road,    Long Valley, NJ 07853-3150
cr             +The Bank of New York Mellon, f/k/a The Bank of New,    c/o Frenkel, Lambert, Weiss, Weisman & G,
                 80 Main Street, Suite 460,    West Orange, NJ 07052-5414
515845992      +AMEXDSNB,   9111 DUKE BLVD,    MASON, OH 45040-8999
515845993       Bank of America,   Attn: Bankruptcy Dept.,    NC-4-105-03-14,    Greensboro, NC 27420-0000
515845995      +CAP1/L&T,   PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
515845997      +CBNA,   PO BOX 6283,    SIOUX FALLS, SD 57117-6283
515846003    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: DITECH FINANCIAL LLC,    332 MINNESOTA ST STE 610,
                 SAINT PAUL, MN 55101)
515846004      +Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
515846005      +Experian,   476 Anton Boulevard,    Costa Mesa, CA 92626
515846009      +SELECT PORTFOLIO SVCIN,    PO BOX 65250,   SALT LAKE CITY, UT 84165-0250
515846008     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695)
515846010      +Stanton Ridge Country Club,    25 Club House Road,    Whitehouse Station, NJ 08889-3376
515846017      +US DEPT OF ED/GLELSI,   PO BOX 7860,    MADISON, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2016 22:14:47     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2016 22:14:44     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jul 20 2016 21:48:00      Synchrony Bank,   c/o Recovery Mmgt. Sys.,
                 25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515845991      +EDI: AMEREXPR.COM Jul 20 2016 21:48:00      AMEX,   PO BOX 297871,
                 FORT LAUDERDALE, FL 33329-7871
515845990      +EDI: BECKLEE.COM Jul 20 2016 21:48:00      American Express,   c/o Beckett & Lee,
                 P.O. Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
515845994       EDI: BANKAMER.COM Jul 20 2016 21:48:00      BK OF AMER,   PO BOX 982235,   EL PASO, TX 79998
515845998      +EDI: CHASE.COM Jul 20 2016 21:48:00      CHASE CARD,   PO BOX 15298,   WILMINGTON, DE 19850-5298
515846000      +EDI: CITICORP.COM Jul 20 2016 21:48:00      CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
515845996      +EDI: CAPITALONE.COM Jul 20 2016 21:48:00      Capital One (USA), N.A.,   PO Box 85520,
                 15000 Capital One Drive,    Richmond, VA 23238-1119
515845999      +Fax: 602-659-2196 Jul 20 2016 22:28:43      ChexSystems Collection Agency, Inc.,
                 7805 Hudson Road, Ste 100,    Saint Paul, MN 55125-1703
515846001      +EDI: CITICORP.COM Jul 20 2016 21:48:00      Citicards Centralized Bankruptcy,   P.O. Box 20507,
                 Kansas City, MO 64195-0507
515846002      +EDI: DISCOVER.COM Jul 20 2016 21:48:00      DISCOVER FIN SVCS LLC,   PO BOX 15316,
                 WILMINGTON, DE 19850-5316
515846006       EDI: IRS.COM Jul 20 2016 21:48:00      Internal Revenue Service,
                 Internal Revenue Centralized Insolvency,    Operation,   PO Box 7346,
                 Philadelphia, PA 19101-7346
515846007      +EDI: CBSKOHLS.COM Jul 20 2016 21:48:00      KOHLS/CAPONE,   N56 W 17000 RIDGEWOOD DR,
                 MENOMONEE FALLS, WI 53051-7096
515846011      +EDI: RMSC.COM Jul 20 2016 21:48:00      SYNCB/AMAZON,   PO BOX 965015,   ORLANDO, FL 32896-5015
515846012      +EDI: RMSC.COM Jul 20 2016 21:48:00      SYNCB/CARE CREDIT,   950 FORRER BLVD,
                 KETTERING, OH 45420-1469
515846013      +EDI: RMSC.COM Jul 20 2016 21:48:00      SYNCB/PHILLIPS 66,   4125 WINDWARD PLZ,
                 ALPHARETTA, GA 30005-8738
515846014      +EDI: RMSC.COM Jul 20 2016 21:48:00      SYNCB/QVC,   PO BOX 965018,   ORLANDO, FL 32896-5018
515847679       EDI: RMSC.COM Jul 20 2016 21:48:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515846015       EDI: TFSR.COM Jul 20 2016 21:49:00      TOYOTA MOTOR CREDIT CO,   4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515846016     ##+Transunion,   P.O. Box 6790,   Fullerton, CA 92834-9416
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin                 Page 2 of 2                   Date Rcvd: Jul 20, 2016
                               Form ID: 318                Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2016 at the address(es) listed below:
```
              Scott J. Goldstein    on behalf of Debtor Agilio  Garcia sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Joint Debtor Deborah  Garcia sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Sean M. O'Brien    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the CHL Mortgage Pass-Through Trust 2005-6, Mortgage
               Pass-Through Certificates, Series 2005-6 sobrien@flwlaw.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
                                                                                             TOTAL: 4
```